

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00013-CV

---

MICHAEL PARGAS, APPELLANT

V.

ONE NETWORK ENTERPRISES, INC., APPELLEE

---

On Appeal from the 162nd District Court
Dallas County, Texas
Trial Court No. DC-24-11495, Honorable Kim Bailey Phipps, Presiding

---

August 7, 2026

## MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Michael Pargas, appeals from the trial court's *Order Granting Defendant's Traditional Motion for Summary Judgment*.[1]  Appellee, One Network Enterprises, Inc., has filed a cross-appeal.  On June 26, 2026, at the parties' request, we abated the appeal to allow them time to finalize a settlement agreement.  The parties

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

have now filed an agreed motion to voluntarily dismiss both the appeal and the cross-appeal as a result of their settlement.

The Court finds that the motion to dismiss complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we reinstate the appeal and grant the motion.[2] Accordingly, the appeal and cross-appeal are dismissed. In accordance with the parties' agreement, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam

---

[2] We likewise grant Appellee's counsel's pending *Unopposed Motion to Withdraw and Substitute Lead Counsel*.